# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1365
_____

DEVONTE MCCOY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

January 29, 2025

PER CURIAM.

DISMISSED as moot.

ROWE, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Devonte McCoy, pro se, Petitioner.

Attorney General, Robert Charles Lee, Assistant Attorney General, Tallahassee, for Respondent.